PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

**FILED**
May 20, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JOAO M. DOCKERY,<br><br>               Defendant. | CASE NO. 2:21-cr-0098 CKD<br><br>VIOLATIONS: 18 U.S.C. § 111(a) – Assaulting, Resisting, or Impeding Certain Officers or Employees; 38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(3) and (b)(4) – Willful Destruction, Damage, or Removal of Government Property Without Authorization; and 38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(5) and (b)(11) – Disorderly Conduct |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees]

The United States Attorney charges:  T H A T

JOAO M. DOCKERY,

defendant herein, on or about October 23, 2020, at Sacramento Veterans Affairs Medical Center, County of Sacramento, State and Eastern District of California, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any officer and employee of the United States and of any agency in any branch of the United

States Government while engaged in and on account of the performance of official duties, in violation of Title 18, United States Code, Section 111(a), a Class A misdemeanor.

COUNT TWO:    [38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(3) and (b)(4) – Willful Destruction, Damage, or Removal of Government Property without Authorization]

The United States Attorney further charges:  T H A T

JOAO M. DOCKERY,

defendant herein, on or about October 23, 2020, at the Sacramento Veterans Affairs Medical Center, County of Sacramento, State and Eastern District of California, did unlawfully and willfully destroy, damage, and remove government property without authorization, to wit: a Phillips control arm and Phillips monitor, in violation of Title 38, United States Code, Section 901 and Title 38, Code of Federal Regulations, Sections 1.218(a)(3) and (b)(4), a Class B misdemeanor.

COUNT THREE:    [38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(5) and (b)(11) – Disorderly Conduct which Creates Loud, Boisterous, and Unusual Noise, or which Obstructs the Normal Use of Entrances, Exits, Foyers, Offices, Corridors, Elevators, and Stairways, or which Tends to Impede or Prevent the Normal Operation of a Service or Operation of the Facility]

The United States Attorney further charges:  T H A T

JOAO M. DOCKERY,

defendant herein, on or about October 23, 2020, at the Sacramento Veterans Affairs Medical Center, County of Sacramento, State and Eastern District of California, did unlawfully engage in disorderly conduct which created loud, boisterous, and unusual noise, and which obstructed the normal use of entrances, exits, foyers, offices, corridors, elevators, and stairways, and which tended to impede and

1 prevent the normal operation of a service and operation of the
2 facility, in violation of Title 38, United States Code, Section 901
3 and Title 38, Code of Federal Regulations, Sections 1.218(a)(5) and
4 (b)(11), a Class B misdemeanor.

6 DATED: May 20, 2021                    PHILLIP A. TALBERT
                                         Acting United States Attorney

8                                   By:  */s/ Alstyn Bennett*
                                         ALSTYN BENNETT
9                                        Assistant U.S. Attorney

# PENALTY SLIP

**UNITED STATES v. JOAO M. DOCKERY**

**COUNT ONE:**

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 111(a) – Assaulting, Resisting, or Impeding Certain Officers or Employees |
| PENALTY: | Imprisonment of not more than one year, a fine of not more than $100,000.00, <u>or both</u>. |
| SPECIAL ASSESSMENT: | $25.00 |
| SUPERVISED RELEASE: | One year |

**COUNT TWO:**

| | |
|---|---|
| VIOLATION: | 38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(3) and (b)(4) – Willful Destruction, Damage, or Removal of Government Property without Authorization |
| PENALTY: | Imprisonment of not more than six months, a fine of not more than $500, <u>or both</u>. |
| SPECIAL ASSESSMENT: | $10.00 |

**COUNT THREE:**

| | |
|---|---|
| VIOLATION: | 38 U.S.C. § 901 and 38 C.F.R. §§ 1.218(a)(5) and (b)(11) – Disorderly Conduct |
| PENALTY: | Imprisonment of not more than six months, a fine of not more than $250, <u>or both</u>. |
| SPECIAL ASSESSMENT: | $10.00 |