UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 15, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOAO M. DOCKERY,<br><br>Defendant. | Case No. 2:21-cr-00098-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOAO M. DOCKERY ,

Case No. 2:21-cr-00098-CKD  Charge 18 USC § 111(a), from custody for the following reasons:

| | |
|---|---|
| X | Release on Personal Recognizance |
| | Bail Posted in the Sum of $ |
| | Unsecured Appearance Bond $ |
| | Appearance Bond with 10% Deposit |
| | Appearance Bond with Surety |
| | Corporate Surety Bail Bond |
| X | (Other):  The defendant's release is delayed until, Tuesday, November 16, 2021 at 9:00 AM. |

Issued at Sacramento, California on November 15, 2021 at 2:25 PM.

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney