§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

> **FILED**
>
> August 18, 2022
>
> CLERK, US DISTRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

 JOAO M. DOCKERY,

                Defendant.

Case No.  2:21-CR-00098-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

    This is to authorize and direct you to release  JOAO M. DOCKERY ,

Case No. 2:21-CR-00098-CKD , Charge 18 U.S.C. 3146, from custody for the following

reasons:

      _____   Release on Personal Recognizance

      _____   Bail Posted in the Sum of $ _____

      _____   Unsecured Appearance Bond   _____

      _____   Appearance Bond with 10% Deposit

      _____   Appearance Bond with Surety

       X    (Other): Credit for Time Served

      _____   (Other):

          Sacramento County Jail is further ORDERED to release the defendant with a

      _____   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California

Dated:  August 18, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE